IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | Victor L Early ) | 00 B 26103 |
|  | (and others) ) | (and others) |
|  | ) |  |
|  | Debtor(s), ) |  |
|  | ) |  |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Now comes Marilyn O. Marshall, Chapter 13 Trustee ("Trustee"), pursuant to 11 U.S.C.§347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court.

1. The Standing Trustee has been duly appointed, qualified and continues to serve as the Standing Trustee in the cases listed on the attached Exhibit "A".

2. In furtherance of her duties the Standing Trustee sent Distribution checks via U.S. Mail to those Creditors listed on the attached Exhibit "A".

3. The Distribution checks for these Creditors have been returned to the Standing Trustee marked "Return to Sender, No Forwarding Address". All reasonable attempts have been expended to locate these Creditors with no success.

4. By reason of the foregoing, the Standing Trustee has caused payment to be stopped on the Distribution checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check #89324, pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

*Marilyn O. Marshall*
Marilyn O. Marshall,
Standing Trustee

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 3 0 2004

KENNETH S. GARDNER, CLERK
PS REP. - RD

## Exhibit A: Unclaimed Creditor Refunds on Closed Cases
## Office of Marilyn O. Marshall, Chapter 13 Trustee

| Count | Case Nº | Debtor | Amount | Claimant | Explanation |
|---|---|---|---|---|---|
| 1) | 00 B 26103 | Early, Victor L | 216.90 | City Of Chicago<br>Dept of Law<br>30 N LaSalle Room 900<br>Chicago, IL 60602 | Checks issued to creditor were not presented within 90 days. Creditor states they cannot find debtor's account. When the account is found creditor states they will retreive funds from the Clerk of the Court. |
| 2) | 01 B 00355 | Briggs Jr, William T | 5,217.37 | City Of Chicago<br>30 N LaSalle St<br>Room 900<br>Chicago, IL 60602 | Checks issued to creditor were not presented within 90 days. Creditor states they cannot find debtor's account. When the account is found creditor states they will retreive funds from the Clerk of the Court. |
| 3) | 01 B 01718 | Nesbitt, Ronald J | 0.02 | National Quick Cash<br>2349 W 95th St<br>Chicago, IL 60643 | Check #55483 not presented within 90 days<br>Check #66756 not presented within 90 days |
| 4) | 02 B 02913 | Taylor, Kevin | 4.53 | Swiss Colony<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | Check #67756 not presented within 90 days |
| 5) | 02 B 05859 | Shaw, Demetrius | 40.37 | Armstrong Jewelers<br>C/O Lake Business Centers<br>9200 Calumet Av Ste 104<br>Munster, IN 46321 | Creditor has ceased operations and the owner cannot be located. |
| 6) | 98 B 05051 | McDay, Adrienne K | 36.25 | Evans Fur<br>330 S Wells Ste 1310<br>Chicago, IL 60606 | Creditor has ceased operations and the owner cannot be located. |
| 7) | 99 B 33669 | Stevenson, Emanuel R | 79.78 | Atlas Board Up Service<br>C/O William, Goldfarb, Midura<br>140 S Dearborn St Ste 800<br>Chicago, IL 60603-5205 | Creditor has ceased operations and the owner cannot be located. Left message with previous owner - no reply. |
| | | Check Total | 5,595.22 | | |